Case 1:22-cr-00075-CRC   Document 1

Case: 1:21-mj-00673
Assigned To : Harvey, G. Michael
Assign. Date : 11/30/2021
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On August 18, 2021, a Task Force Detective (TFD) assigned to the Federal Bureau of Investigation (FBI) Washington Field Office (WFO) Child and Human Trafficking Task Force (CEHTTF) was operating as an online covert employee (OCE) inside a satellite office within the District of Columbia. On that date, the OCE was monitoring a certain dating application, Dating Application A,1 which is known to law enforcement as a place where individuals interested in the exploitation of children meet and engage in conversation about the sexual abuse of minors. Dating Application A provides users with general geo-location data for other users by providing a distance from one to the other.

At approximately 3:00 PM, the OCE was contacted by a user on Dating Application A who had a username of "25" – subsequently identified as Alexus Camero (CAMERO). At that time, user 25 was approximately one mile away from the OCE. The OCE and user 25 exchanged greetings, and the OCE advised user 25 that he was a father to a young boy, and that he was interested in "young." User 25 advised that he was also interested in "young" and the OCE provided his KIK username to user 25 to continue the conversation. At approximately 3:30 PM, the OCE was contacted on KIK by an individual with the username "ALCAMER107" and the display name "A.C.", subsequently identified as Alexus Camero. The OCE asked ALCAMER107 if he was from Dating Application A, and ALCAMER107 responded, "Yes." The OCE asked ALCAMER107. "…So you have an interest in young?" and ALCAMER107 replied, "Yes." The OCE asked if ALCAMER107 had an age preference, and ALCAMER107 replied, "I don't care" later responding, "No limits." The OCE told ALCAMER107 that he is a father to a son who was

---

1 The name of the Dating Application is known to law enforcement. It is being withheld here to protect other investigations.

about to turn ten, and that he sexually abused his child. ALCAMER107 responded with, "That's hot…I wanna watch."

ALCAMER107 told the OCE that he is a twenty-six-year-old man, who lives in Virginia, and he stated that he is friends with an older man. ALCAMER107 said that he fantasizes about playing with younger boys with his older friend, stating, "I'm very mich into dads playing with their son." ALCAMER107 told the OCE that, "I watch a lot of dad son incest videos" and that "There's a video of two boys swalling a man's cum." ALCAMER107 asked the OCE, "Are you on telegram" and the OCE provided his Telegram username to ALCAMER107.

At approximately 3:47 PM, the OCE was messaged by Telegram user "Andrew S (1282558172)" who wrote, "Hey man." The OCE asked, "Hey, who is this?" Andrew S advised, "Lol how do I prove that I'm into it?" The OCE responded, "Jumped from Kik to here lol." Andrew S then asked, "What have you done with your son?"

Andrew S then changed the Telegram conversation to a "Secret Chat" and forwarded a video to the OCE, which depicts a close-up view of a pre-pubescent Caucasian male's anus being penetrated by an adult man's erect penis. The adult man and the child can be heard talking during the video. After sending this video, Andrew S messaged, "This should be you and your son." This message was deleted from Telegram after a timer expired, which had been set by Andrew S.

Andrew S continued to message the OCE about engaging in sexual acts with the OCE's son, and even asked the OCE if he and his older male friend could borrow the OCE's son for a night. The OCE expressed concern about letting a stranger borrow his son, but Andrew S responded that the OCE could come and watch. The OCE messaged Andrew S that he could not trust Andrew S, especially since he just sent a video that deleted itself from their Telegram chat after it had been sent. The OCE wrote, "Feel free to leave more lying around for me." Andrew S

responded, "Hahah…no." The OCE then messaged Andrew S, "Cool, guess I'll just head on out of here with my little boy" and Andrew S replied, "Lol boooo…Tease." The OCE messaged Andrew S, "Oh I'm the tease…send me something tasty then take it back." Andrew S responded by sending another video with that showed an adult male anally penetrating a pre-pubescent Caucasian male with his tongue, and then inserting his erect penis into the child's anus. After sending this video, Andrew S wrote, "Here's what I'll do to your kid."

As the conversation continued, Andrew S informed the OCE that he would need assurances that "this will never get out." The OCE told Andrew S that he has plans in place to ensure that his son doesn't talk. Andrew S messaged the OCE, "wish you had some pics of you two playing." The OCE and Andrew S also discussed the possibility of meeting at the OCE's home to sexually abuse the OCE's purported son. During this conversation, Andrew S suggested to the OCE that, "You should send me a pic or something." When the OCE asked, "Why would I do that?" Andrew S responded, "Can't stop imagining you two." The OCE asked, "What kind of pic do you want?" and Andrew S responded, "I don't know…Your finger or dick in/on his hole"

On August 18, 2021, an administrative subpoena was issued by a member of the FBI CEHTTF for any subscriber information and internet protocol address (IP address) logs for the KIK user ALCAMER107. KIK provided the following information in response to the administrative subpoena: The subscriber for the account was listed as "A C."; the account was created on January 11, 2012; and the user provided the email address Alexus_107@yahoo.com. Additionally, this KIK user had accessed his KIK account from IP address of 71.200.16.165 on August 20, 2021 at 22:47:20 UTC. The IP address 71.200.16.165 is registered to Comcast, and a member of the FBI CEHTTF issued an administrative subpoena for subscriber data associated with this IP address.

Comcast provided the following information pursuant to the administrative subpoena: Between March 26, 2021 and September 21, 2021, IP address 71.200.16.165 was assigned to Alexus Camero, with an associated address in the District of Columbia.

On November 30, 2021, members of the CEHTTF executed a search warrant at CAMERO's home in the District of Columbia. CAMERO was present inside the residence when law enforcement arrived. After being advised of his *Miranda* warnings, CAMERO agreed to speak with law enforcement. CAMERO stated that he uses the email address [Alexus_107@yahoo.com](mailto:Alexus_107@yahoo.com). He further stated that this email address is linked to his KIK account, and he admitted that his KIK user name is ALCAMER107. CAMERO also said that he uses Telegram, and that his user name on Telegram is Andrew S. During the interview, CAMERO said that he did "chat" with the father of a nine-year-old boy. When shown the conversation between CAMERO and the OCE, CAMERO recognized the messages and admitted that he had sent two videos depicting the sexual abuse of young boys, as detailed above. CAMERO also advised law enforcement that there would be other videos depicting child pornography on his cellular telephone.

## **CONCLUSION**

Based on the above information, there is probable cause to believe that Alexus Camero committed the following offense: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), on or about August 18, 2021.

Respectfully submitted,

Thomas Sullivan
Detective Metropolitan Police Department

Subscribed and sworn to before in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic reliable means, by telephone, this day of November 30, 2021.

 G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE