UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXUS CAMERO,<br><br>  *Defendant*. | Case No. 1:21-cr-673 |

## MOTION FOR FORENSIC EVALUATION

Alexus Camero through his counsel moves this Court for an Order allowing the Alexandria Detention Center to permit Dr. Chris Kraft access to the defendant so that he may conduct a forensic evaluation.

An evaluation is necessary, as it would allow defense counsel to effectively represent Mr. Camero in this matter. Dr. Kraft's curriculum vitae is attached as Exhibit A.  A proposed Order is attached as Exhibit B.

Dated: May 16, 2022		Respectfully Submitted,

				A.J. KRAMER
				FEDERAL PUBLIC DEFENDER

				*/s/ Sabrina P. Shroff*

				Sabrina P. Shroff
				Assistant Federal Public Defender
				625 Indiana Avenue, N.W., Suite 550
				Washington, D.C. 20004
				(202) 208-7500

1